IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR -2 PM 4: 16

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of D & N ELECTRIC COMPANY<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY and WALBRIDGE ALDINGER COMPANY,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>4:12-CV-00050<br><br>JURY TRIAL DEMANDED |

## CONSENT ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

The Court having considered the Joint Motion and Memorandum of Plaintiff United States for the use and benefit of D & N Electric Company ("Plaintiff") and Defendants Travelers Casualty and Surety Company of America, Liberty Mutual Insurance Company and Walbridge Aldinger Company ("Defendants") to Transfer Venue to the United States District Court for the Northern District of Georgia (the "Joint Motion to Transfer"), since Defendants have waived venue in the judicial district of the Southern District of Georgia under the Miller Act, since venue is now proper in the United States District Court for the Northern District of Georgia because all of the defendants have registered agents and registered offices in Georgia within the judicial district for the Northern District of Georgia, since all of the parties to this action have consented to this Order and to the transfer of the above-styled action to the United States District Court for the Northern District of Georgia and since the United States District Court for the

Northern District of Georgia is more convenient for the parties and the transfer is in the interest of justice, the COURT HEREBY GRANTS THE JOINT MOTION TO TRANSFER, and

THE COURT HEREBY ORDERS THAT the above-styled action in its entirety is hereby transferred to the United States District Court for the Northern District of Georgia and that the Clerk of the Court of the United States District Court for the Southern District of Georgia is hereby directed to take the necessary steps to accomplish such transfer.

IT IS SO ORDERED this 2 day of April, 2012.

United States District Court Judge
Southern District of Georgia

Agreed and consented to by:

s/David H. Johnson
Georgia Bar No. 393250
McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, GA 31401-8184
912-232-6000
912-232-7060 (fax)
dhj@mccorklejohnson.com
Attorney for Plaintiff United States of America for the use and benefit of D & N Electric Company

s/Douglas L. Tabeling
*Admitted Pro Hac Vice*
Georgia Bar No. 123671
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA 30303-1227
404-582-8058
404-688-0671 (fax)
dltabeling@smithcurrie.com
Attorney for Defendants Travelers Casualty and Surety Company of America, Liberty Mutual Insurance Company and Walbridge Aldinger Company