FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 15 2012

James N. Hatten, Clerk
By: /s/ AM Cause
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of D & N ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY and WALBRIDGE ALDINGER COMPANY,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-CV-01135-ODE<br><br>JURY TRIAL DEMANDED |

## CONSENT ORDER GRANTING MOTION TO CONSOLIDATE

The Court having considered the Joint Motion of Plaintiff United States for the use and benefit of D & N Electric Company ("Plaintiff") and Defendants Travelers Casualty and Surety Company of America, Liberty Mutual Insurance Company and Walbridge Aldinger Company ("Defendants") to Consolidate *United States for the use and benefit of D & N Electric Company v. Travelers Casualty and Surety Company of America, Liberty Mutual Insurance Company and Walbridge Aldinger Company*, Civil Action No. 1:12-cv-01135-ODE, with

*Walbridge Aldinger Company v. D&N Electric Company, DNS Consolidated, Inc., and Matthew Armstrong, Individually*, Civil Action No. 1:11-cv-04602-ODE (the "Joint Motion to Consolidate"), since there are common questions of facts in both cases arising out of the same Project known as 5th Infantry Brigade Combat Team Complex, since all of the parties to this action have consented to this Order and to the consolidation of Civil Action No. 1:12-cv-01135-ODE with Civil Action No. 1:11-cv-04602-ODE, and since the consolation of the cases is in the interest of judicial economy, the COURT HEREBY GRANTS THE JOINT MOTION TO CONSOLIDATE, and

THE COURT HEREBY ORDERS THAT the above-styled action in its entirety is hereby consolidated with *Walbridge Aldinger Company v. D&N Electric Company, DNS Consolidated, Inc., and Matthew Armstrong, Individually*, Civil Action No. 1:11-cv-04602-ODE and that the Clerk of the Court of the United States District Court for the Northern District of Georgia is hereby directed to take the necessary steps to accomplish such consolidation.

IT IS SO ORDERED this 15 day of May, 2012.

Orinda D. Evans
United States District Court Judge
Northern District of Georgia

Consented to:

s/Douglas Lee Tabeling
Douglas Lee Tabeling
Ga. Bar No. 123671
dltabeling@smithcurrie.com
Joseph C. Staak
Ga. Bar. No. 673712
jcstaak@smithcurrie.com
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA 30303-1227
404-521-3800
404-688-0671 (fax)
Attorney for Defendants

s/Ronald J. Garber
Ronald J. Garber
Georgia Bar No. 283838
Weissmann Zucker Euster Morochnik P.C.
One Securities Centre, Suite 650
3490 Piedmont Rd.
Atlanta, GA 30305
404-760-7425
404-364-2320 (fax)
Ron@wzlegal.com
Attorney for Plaintiff